FILED

AUG 2 6 2022

PETER A. MOORE, JR., CLERK
US DISTRICT COURT
BY _____ EDNC
DEP CLK

Page 1 of 5

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

# UNITED STATES DISTRICT COURT
### for the

April Kennedy
_Plaintiff/Petitioner_

v.

Sanderson Farms
_Defendant/Respondent_

)
)
)
)
)
)

Civil Action No. 7:22-CV-157-FL

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Long Form)

**Affidavit in Support of the Application**

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims.

Signed: _April Kennedy_

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: _8-26-22_

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ ⊘ | $ ⊘ | $ ⊘ | $ ⊘ |
| Self-employment | $ ⊘ | $ ⊘ | $ ⊘ | $ ⊘ |
| Income from real property (such as rental income) | $ ⊘ | $ ⊘ | $ ⊘ | $ ⊘ |
| Interest and dividends | $ ⊘ | $ ⊘ | $ ⊘ | $ ⊘ |
| Gifts | $ ⊘ | $ ⊘ | $ ⊘ | $ ⊘ |
| Alimony | $ ⊘ | $ ⊘ | $ ⊘ | $ ⊘ |
| Child support | $ ⊘ | $ ⊘ | $ ⊘ | $ ⊘ |

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Civil Rule 7.3 or Local Criminal Rule 12.3)?

YES ◯        NO ◯

If yes, identify entity and nature of interest:

5. Is party a trade association?

YES ◯        NO ◯

If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

6. If case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditors's committee:

Signature: _____

Date: _____8-26-22_____