# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF NORTH CAROLINA

Eastern _____ DIVISION

April Kennedy

v.

Sanderson Farms

NO. 7:22-CV-157-FL

COMPLAINT

Plaintiff resides at:

242 Victoria Dr.

Parkton, N.C. 28371

Defendant(s)' name(s) and address(es), if known:

Sanderson Farmes

Hwy 20

St. Pauls, N.C. 28384

1

**Jurisdiction in this court is based on:**

EEOC right to Sue letter, and no settlement in place.

**The acts complained of in this suit concern:**

Not acknowledging and responding to Sexual Harassment with a hostile work environment, within the company.

Denying me a fair settlement, the company offered me #1,500 dollars for a settlement. I am homeless + been without a job for about a year+1/2 I lost around 40,000 in wages. My end pay rate was 18.00.

#1,500.00 was not a fair settlement I feel bullied all over again.

2

_____
_____
_____
_____
_____
_____
_____
_____
_____

(If you need more space, or wish to include any further information for consideration, please attach additional sheets.)

I seek the following relief:

Acknowledgement of the events + Myself.
$1,000,000.⁰⁰ is what I am now
asking for Pain + suffering and lost wages
I Bnow more then anything, I want
Sanderson Farms to CARE about their
employee's "

8-26-22

DATE

SIGNATURE OF PLAINTIFF

242 Victoria Dr
Parkton, N.C. 28371
910-370-2205

ADDRESS AND PHONE NUMBER OF PLAINTIFF

3