UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| APRIL KENNEDY | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | 7:22-CV-157-FL |
| SANDERSON FARMS, INC. | ) | |
|     Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the Memorandum and Recommendations of the United States Magistrate Judge, to which no objection was filed.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered January 12, 2023 and for the reasons set forth more specifically therein, that this action is DISMISSED.

**This Judgment Filed and Entered on January 12, 2023, and Copies To:**
April Kennedy (via US CM/ECF Notice of Electronic Filing)

January 12, 2023                PETER A. MOORE, JR., CLERK

                                            /s/ Sandra K. Collins
                                            (By) Sandra K. Collins, Deputy Clerk